**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Norma Dolores Chavez Alvarez,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01373-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 3/5/2020 to 4/6/2020, for Plaintiff to serve on defendant with PLAINTIFF'S CONFIDENTIAL LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to Defendant and the Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: March 4, 2020          PENA & BROMBERG, ATTORNEYS AT LAW

1

|   |   |   |
|---|---|---|
| | By: | */s/ Jonathan Omar Pena*<br>JONATHAN OMAR PENA<br>Attorneys for Plaintiff |

Dated: March 5, 2020        McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Jenkins Chantal on behalf of Daniel Talbert*
Jenkins Chantal on behalf of Daniel Talbert
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 3/5/2020)

## **ORDER**

The Court has reviewed the above stipulation and finds good cause to approve same. Accordingly, IT IS ORDERED that Plaintiff shall have a thirty (30) day extension of time from March 5, 2020 to April 6, 2020, to serve Defendant with her letter brief. All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated:   **March 5, 2020**              /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

2